**Electronically Filed
Supreme Court
SCWC-25-0000729
11-MAY-2026
09:38 AM
Dkt. 9 ODAC**

SCWC-25-0000729

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

STEPHEN RICHARD KENNY,
Petitioner/Plaintiff-Appellant,

vs.

CELIA E. ROBERTS,
Respondent/Defendant-Appellee.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-25-0000729; CASE NO. 2DSS-25-0000307)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Devens, C.J., McKenna, Eddins, and Ginoza, JJ.,
and Circuit Judge Tonaki, assigned by reason of vacancy)

Petitioner's document filed on March 30, 2026, which we construe in part as an application for writ of certiorari, is hereby rejected.

Also, Petitioner's request for an extraordinary writ is denied. It is this court, and not the Intermediate Court of Appeals (ICA), that has original jurisdiction over petitions for extraordinary writs. See Hawaiʻi Revised Statutes § 602-5(a)(3) (2016); Hawaiʻi Rules of Appellate Procedure (HRAP) Rule 21

(2010).  And Petitioner's document that was filed in the ICA cited to HRAP Rule 21 and requested an extraordinary writ.

DATED: Honolulu, Hawaiʻi, May 11, 2026.

/s/ Vladimir P. Devens

/s/ Sabrina S. McKenna



/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ John M. Tonaki